**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **PACIFIC SUMMIT ENERGY, LLC** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civ. Action No. 4:23-cv-03778** |
| | § | **(Judge Charles Eskridge)** |
| | § | |
| **MATTHEW CLARK** | § | |
| **Defendant.** | § | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL JUDGMENT
ON THE PLEADINGS**

The defendant, Matthew Clark, through undersigned counsel, responds to the plaintiff's motion for partial judgment on the pleadings. The defendant does not oppose the motion to the extent that it seeks entry of a judgment in the amount of $7,709,509 on the condition that any money collected as restitution for the plaintiff in *United States v. Clark*, No. 4:22-cr-00055 (S.D. Tex.), and *CFTC v. Clark*, 4:22-cv-00365 (S.D. Tex.), will be credited dollar-per-dollar towards the judgment in the instant case.

Respectfully submitted,

*/s/ Dan L. Cogdell*
Dan L. Cogdell
Texas Bar # 04501500
Cogdell Law Firm
1000 Main St., Suite 2300
Houston, TX 77002
Telephone: 713 426 2244
Email: dan@cogdell-law.com

1

Brent E. Newton
Of Counsel
Cogdell Law Firm
Texas Bar No. 00788115
19 Treworthy Road
Gaithersburg, MD 20878
Telephone: 202-975-9105
Email: brentevannewton@gmail.com

**Counsel for Defendant Matthew Clark**

## CERTIFICATE OF SERVICE

On March 27, 2026, I served all counsel of record with a copy of the foregoing by filing it via CM/ECM, which sent a copy to all counsel of record.

*/s/ Dan L. Cogdell*
Dan L. Cogdell

2